GEORGE A. SPENNICHIA, an Infant, by MARY SPENNICHIA, His Guardian ad Litem, et al., Respondents, *v.* FREDLAND REALTY CORPORATION, Appellant.

Argued December 6, 1937; decided January 4, 1938.

*Joseph F. Hanley* and *Leo M. Brimmer* for appellant.
*Henry S. Miller* and *Herbert Kaufman* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.

T. J. W. CORPORATION, Appellant, *v.* BOARD OF HIGHER EDUCATION OF THE CITY OF NEW YORK et al., Respondents.

Argued December 6, 1937; decided January 4, 1938.